# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RUSTY SAVANICH, on behalf of himself and all other similarly situated persons, | ) ) ) ) | CASE NO. 5:20-cv-2088 |
| PLAINTIFFS, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | JUDGMENT ENTRY |
| NATURAL ESSENTIALS, INCORPORATED, | ) ) ) ) | |
| DEFENDANT. | ) | |

For the reasons set forth in the contemporaneously filed memorandum opinion and order, the joint motion of the parties for approval of the settlement is GRANTED. The claims in plaintiffs' complaint are DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction over this action to enforce the settlement. This case is closed.

**IT IS SO ORDERED**.

Dated: November 19, 2021

                                                     **HONORABLE SARA LIOI**
                                                     **UNITED STATES DISTRICT JUDGE**